UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x

EDELMAN ARTS, INC., as assignee of        09-cv-06259-SAS-ECF
XL SPECIALTY INSURANCE COMPANY,

                        Plaintiff,
    - against -                     **SATISFACTION OF JUDGMENT**

GALERIE GMURZYNSKA,
                        Defendant.
--------------------------------x

WHEREAS, a judgment was entered in the above action on the 14th day of October, 2009 in favor of plaintiff Edelman Arts, Inc., and against defendant Galerie Gmurzynska in the amount of $750,000.00 plus interest from the 13th day of July, 2009 in the amount of $14,318.35 with costs to be taxed, and costs in the amount of $3,120.00 having been taxed on the 14th day of October, 2009, amounting in all to $767,438.35 and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York

December 9, 2009                 EDELMAN ARTS, INC.
                                       Plaintiff
                                       136 East 74th Street
                                       New York, NY 10021
                                       Telephone: 212 472 7770
                                       Facsimile: 212 472 7709

                                       BY: _____
                                       ASHER B. EDELMAN

SDNY Web 4/99

STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF NEW YORK       )

On this 9th day of December, 2009, before me personally came Asher B. Edelman, to me known to be the individual described in the foregoing satisfaction of judgment, who being by me duly sworn, did depose and say that he is an authorized signatory of EDELMAN ARTS, INC., that he is duly authorized to execute said satisfaction of judgment on behalf of said corporation, and that he executed said satisfaction of judgment on behalf of said corporation, and that he executed said satisfaction of judgment pursuant to that authority.

_____
NOTARY PUBLIC

DAVID LU
Notary Public, State of New York
No. 02LU6139860
Qualified in Kings County
Commission Expires January 17, 2010